IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
SEP 1 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:07CR192-WKW |
| v. | ) | [18 USC § 1344] |
| | ) | |
| JAMAL A. THOMAS | ) | INDICTMENT |

The Grand Jury charges:

## COUNTS 1-9

From on or about the dates set forth below, in Montgomery County, Alabama, within the Middle District of Alabama,

JAMAL A. THOMAS,

defendant herein, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud, and to obtain money owned by and under the custody or control of, Regions Bank, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises. The scheme to defraud consisted of the defendant presenting nine counterfeit checks for cash payment against his account, to wit:

| Count | Date Check Cashed | Check Number | Payee | Amount |
|---|---|---|---|---|
| 1 | October 14, 2005 | 4002694 | Jamal Thomas | $1,274.36 |
| 2 | October 14, 2005 | 4002693 | Jamal Thomas | $1,274.36 |
| 3 | October 14, 2005 | 4002692 | Jamal Thomas | $1,274.36 |
| 4 | October 17, 2005 | 4002721 | Jamal Thomas | $1,297.42 |
| 5 | October 17, 2005 | 4002689 | Jamal Thomas | $1,274.36 |
| 6 | October 17, 2005 | 4002732 | Jamal Thomas | $1,297.42 |
| 7 | October 17, 2005 | 4002719 | Jamal Thomas | $1,297.42 |
| 8 | October 17, 2005 | 4002733 | Jamal Thomas | $1,297.42 |
| 9 | October 18, 2005 | 4002722 | Jamal Thomas | $1,297.42 |

The scheme resulted in the defendant fraudulently obtaining approximately $11,584.54. All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
JERUSHA T. ADAMS
Assistant United States Attorney