IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr192-MHT |
| **JAMAL A. THOMAS** | ) | |

### ORDER

It is ORDERED that the jury selection and trial for defendant Jamal A. Thomas are reset for December 10, 2007, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr., United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 23rd day of October, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**