IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-192-WKW** |
| | ) | |
| **JAMAL A. THOMAS** | ) | |

### UNOPPOSED MOTION TO CONTINUE

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161, and respectfully moves this Court to move this matter from the December 2007 trial docket.

In support of this Motion, defendant would show:

1.  A continuance of the trial date is necessary to allow adequate time to pursue a pretrial diversion request.

2.  Government counsel does not oppose this motion

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

    Respectfully submitted,

    <u>s/Christine A. Freeman</u>
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Jamal Thomas
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
Montgomery, Alabama 36104

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Jamal Thomas
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org