IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )        2:07cr192-MHT
JAMAL A. THOMAS             )
```

## ORDER

It is ORDERED that the continuance order (Doc. No. 15) is amended to reflect that defendant Jamal A. Thomas's trial and jury selection are continued to March 17, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 7th day of December, 2007.

                                               /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE