IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-192-WKW |
| | ) | |
| JAMAL A. THOMAS | ) | |

### UNOPPOSED MOTION TO CONTINUE

**NOW COMES** the Defendant, **Jamal Thomas,** by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161(h) respectfully moves this Court to move this matter from the March 17, 2008 trial docket. In support of this motion, Mr. Thomas would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

In further support of this Motion, Defendant would also show:

1.Counsel for the government has authorized undersigned counsel to state that the government does <u>not</u> oppose this motion.

2.A continuance is essential to permit time to await a response from the Government on the pretrial diversion request, which was submitted to the government on Mr. Thomas' behalf on January 10, 2008.  As of the date of this motion, that request has not been acted upon.

**WHEREFORE**, the Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Jamal Thomas
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerusha Adams, Esq., Assistant United States Attorney, 131 Clayton Street, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Jamal Thomas
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org