**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:07-CR-192-WKW** |
| ) | |
| **JAMAL A. THOMAS** ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, **Jamal Thomas,** by and through undersigned counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge. This plea is pursuant to Rule 11(c)(1)( C). If convenient with the Court, Mr. Thomas requests that the plea be heard by June 13, due to Mr. Thomas' work obligations from June 16 to June 23.

Respectfully submitted,

**s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892**
Attorney for Jamal Thomas
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
Montgomery, Alabama 36104

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Jamal Thomas
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org