IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-192-MHT |
| | ) | [18 U.S.C. § 2113(b)] |
| | ) | |
| JAMAL A. THOMAS | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

## COUNT 1

On or about October 18, 2005, in Montgomery County, Alabama, within the Middle District of Alabama,

JAMAL A. THOMAS,

defendant herein, did knowingly take and carry away, with intent to steal and purloin, property and money exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of Regions Bank, a bank the deposits of which are insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

LEURA G. CANARY
UNITED STATES ATTORNEY

Jerusha T. Adams
Assistant United States Attorney