*United States District Court*

**MIDDLE**     DISTRICT OF     **ALABAMA**

## UNITED STATES OF AMERICA

**v.**

**JAMAL A. THOMAS**

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 2:07cr192-MHT

I,     JAMAL A. THOMAS     , the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC § 2113(b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on June 12, 2008     prosecution by indictment and consent that the
                        *Date*

proceeding may be by information rather than by indictment.

*Defendant*

*Counsel for Defendant*

Before _____
            *Judicial Officer*