**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                          TELEPHONE (334) 954-3600

August 1, 2008

# NOTICE OF DEFICIENCY

**To:**            Christine Freeman

**From:**          Clerk's Office

**Case Style:**    USA vs. Jamal Thomas
**Case Number:**   2:07cr192-MHT

**Referenced Pleading:**   Document #32
                           Notice of Filing Sentencing Exhibit

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading is deficient in that the document contains sensitive material that should not have been filed without a motion to file under seal. Please file the appropriate motion to seal soon as possible.**