IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-192-MHT |
| | ) | |
| JAMAL A. THOMAS | ) | |

## MOTION TO SEAL DOCUMENT

**NOW COMES** the Defendant, Jamal A. Thomas, by and through undersigned counsel, Christine A. Freeman, and respectfully requests that the Sentencing Exhibits, filed on July 31, 2008, be placed **under seal** due to the sensitive information it contains.

Respectfully submitted,

*s/ Christine Freeman*
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-192-MHT** |
| | ) | |
| **JAMAL A. THOMAS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Jerusha Adams, Esquire**, Assistant United States Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

Respectfully submitted,

*s/ Christine Freeman*
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Jamal Thomas
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org