IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
   v.                        )    CRIMINAL ACTION NO.
                              )      2:07cr192-MHT
JAMAL A. THOMAS               )

<u>ORDER</u>

It is ORDERED that the motion to seal document (Doc.

No. 34) is granted.

DONE, this the 4th day of August, 2008.


       <u>/s/ Myron H. Thompson</u>
       UNITED STATES DISTRICT JUDGE