IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CR. NO. 2:07cr192-MHT |
| ) | |
| JAMAL A. THOMAS ) | |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama, Leura G. Canary, and moves this Court for leave to dismiss, without prejudice, the Indictment heretofore filed in the above-styled cause as to Jamal A. Thomas on the following ground: interest of justice.

Notably, a felony Information was filed against Jamal A. Thomas on June 12, 2008, and that Information remains pending before this Court. (*See* Doc. # 24.)

Respectfully submitted this the 26th day of August, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135 fax
jerusha.adams@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr192-MHT |
| | ) | |
| JAMAL A. THOMAS | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone   334-223-7135   fax
jerusha.adams@usdoj.gov