IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:07cr192-MHT
JAMAL A. THOMAS             )
```

## ORDER

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for leave to dismiss indictment (Doc. No. 36) is granted.

(2) The indictment (Doc. No. 1) is dismissed without prejudice.

(3) The felony information (Doc. No. 24) remains pending.

DONE, this the 26th day of August, 2008.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE